```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 46932
   JAMES ROBERT KRAUSE
   SHARON JOAN KRAUSE                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-3009     SSN XXX-XX-0095
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/22/04 and confirmed on 02/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 106812.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| JOSEPH N PEPITONE | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 10960.00 | 309.77 | 10960.00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4951.66 | .00 | 4185.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10354.29 | .00 | 8751.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10007.57 | .00 | 8458.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11056.78 | .00 | 9345.55 |
| BEST BUY/HOUSEHOLD RETAI | UNSECURED | NOT FILED | .00 | .00 |
| BROWNING FERRIS INDUSTRI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREATIVE IMAGINATIONS IN | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | 661.98 | .00 | 559.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7225.45 | .00 | 6107.19 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DR.MARC LONG | UNSECURED | 5163.54 | .00 | 4364.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 778.16 | .00 | 657.73 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JOSEPH N PEPITONE | UNSECURED | NOT FILED | .00 | .00 |
| K & COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9150.72 | .00 | 7734.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19471.85 | .00 | 16458.24 |
| F&W PUBLICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CARDSTOCK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9491.23 | .00 | 8022.30 |

```
NORTHWEST COMMUNITY HOSP UNSECURED       NOT FILED            .00           .00
NOTIONS MARKETING        UNSECURED        1992.67             .00       1684.27
PAPERKUTZ                UNSECURED       NOT FILED            .00           .00
PRIMEDIA                 UNSECURED       NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        4701.03             .00       3973.46
RESURGENT CAPITAL SERVIC UNSECURED        2261.86             .00       1911.80
ROUNDUP FUNDING LLC      UNSECURED         879.43             .00        743.32
WELLS FARGO FINANCIAL IN UNSECURED        1047.62             .00        885.48
RESURGENT CAPITAL SERVIC UNSECURED        1080.85             .00        913.57
WILL COUNTY TREASURER    SECURED              .00             .00           .00
DAIMLER CHRYSLER FINANCI UNSECURED        7731.14             .00       6534.61
     Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   10960.00          .00    108007.83          .00    118967.83
PRINCIPAL PAID       10960.00          .00     91291.74          .00    102251.74
INTEREST PAID          309.77          .00          .00          .00        309.77
TOTAL PAID           11269.77          .00     91291.74          .00    102561.51
```

The Debtor's attorney, KATHLEEN VAUGHT                  , was allowed $   2700.00
and was paid $   2700.00   direct and $       .00  through the plan.

The Trustee received $   4250.49 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 04 B 46932 JAMES ROBERT KRAUSE & SHARON JOAN KRAUSE